UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
JAN 17 2019
David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. |
| | § |
| MITCHELL SHOEMAKER | § |

INDICTMENT       **19 CR 038**

THE GRAND JURY CHARGES:

## COUNT ONE
**(Possession of an Unregistered Firearm)**

On or about December 18, 2018, in the Southern District of Texas, Defendant,

**MITCHELL SHOEMAKER,**

knowingly possessed a San Tan Tactical, Stt-15, multi-caliber rifle, said firearm not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT TWO
**(Possession of a Machine Gun)**

On or about December 18, 2018, in the Southern District of Texas, Defendant,

**MITCHELL SHOEMAKER,**

did knowingly possess a machine gun, that is, a F.N. (FN Herstal) PS90, 5.7 caliber rifle.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THREE
**(Receipt of a Firearm by a Person Under Indictment)**

On or about December 18, 2018, in the Southern District of Texas, Defendant,

**MITCHELL SHOEMAKER,**

who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Aggravated Assault, did willfully receive one or more firearms, to wit: a San Tan Tactical Stt-15 multi-caliber rifle, a F.N. (FN Herstal) PS90 5.7 caliber rifle, a Sig Sauer 1911 .45 caliber pistol, a SRM Inc. SRM 1216 12 gauge shotgun, a Glock GMBH 43 .9mm pistol, and a Heckler & Koch Inc. HK45C .45 caliber pistol, said firearms having been shipped and/or transported in interstate and/or foreign commerce.

In violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## COUNT FOUR
### (Impersonating a Federal Official)

From on or about 2016 to on or about December 18, 2018, in the Southern District of Texas, Defendant,

**MITCHELL SHOEMAKER**,

did falsely assume and pretend to be an officer and employee acting under the authority of the United States and any department, agency or officer thereof, to wit: a Diplomatic Security Service special agent, and in such pretended character with intent to defraud and did falsely obtain a thing of value, in that he obtained access to a private shooting range located in Magnolia, Texas.

In violation of Title 18, United States Code, Section 912.

## COUNT FIVE
### (Impersonating a Federal Official)

On or about December 18, 2018, in the Southern District of Texas, Defendant,

**MITCHELL SHOEMAKER**,

did falsely assume and pretend to be an officer and employee acting under the authority of the United States and any department, agency or officer thereof, to wit: a Central

Intelligence Agency agent, and in such pretended character with intent to defraud and did falsely demand a thing of value, that being his release from law enforcement custody.

In violation of Title 18, United States Code, Section 912.

## COUNT SIX
### (Conspiracy to Tamper with Records)

Between on or about December 18 and December 19, 2018, in the Southern District of Texas, Defendant,

**MITCHELL SHOEMAKER,**

did conspire with others known and unknown to alter, destroy, mutilate, and conceal records, including social media photographs and videos, or attempted to do so, with the intent to impair their integrity and availability for use in an official proceeding, that being a federal prosecution.

In violation of Title 18, United States Code, Sections 1512(c)(1) and 1512(k).

## NOTICE OF CRIMINAL FORFEITURE
### (26 U.S.C. § 5872 and 28 U.S.C. § 2461(c))

Pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), the United States hereby gives notice to the defendant,

**MITCHELL SHOEMAKER,**

that upon conviction of a violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871 as charged in Count One of this Indictment, all firearms involved in such violation are subject to forfeiture.

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States hereby gives notice to the defendant,

**MITCHELL SHOEMAKER,**

that upon conviction of a violation of Title 18, United States Code, Sections 922 and 924 as charged in Counts Two and Three of this Indictment, all firearms and ammunition involved in or used in such violations are subject to forfeiture.

### Property Subject to Forfeiture

The property subject to forfeiture includes, but is not limited to, the following:

(1) a San Tan Tactical, Stt-15, multi-caliber rifle bearing serial number 02861,

(2) a F.N. (FN Herstal) PS90, 5.7 caliber rifle bearing serial number FN100012,

(3) a Sig Sauer 1911 .45 caliber pistol bearing serial number 54B032152,

(4) a SRM Inc. SRM 1216 12 gauge shotgun bearing serial number A001493,

(5) a Glock GMBH 43 .9mm pistol bearing serial number ZNS164,

(6) a Heckler & Koch Inc. HK45C .45 caliber pistol bearing serial number 216-015281, and

(7) various caliber ammunition.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

Britni Cooper
Assistant United States Attorney

Carrie Wirsing
Assistant United States Attorney